```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 10470
   ALFRED DOUGLAS CANTY
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1554

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/12/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE SECURED NOT I         .00          .00           .00
WELLS FARGO BANK NA      SECURED NOT I         .00          .00           .00
WELLS FARGO BANK NA      SECURED NOT I         .00          .00           .00
CAPITAL ONE              UNSECURED          980.60          .00           .00
CAPITAL ONE              UNSECURED         1855.03          .00           .00
WELLS FARGO BANK NA      NOTICE ONLY   NOT FILED            .00           .00
WELLS FARGO BANK NA      SECURED NOT I         .00          .00           .00
WELLS FARGO BANK NA      SECURED NOT I         .00          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------        --------------
TOTALS                          .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 12/03/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```